AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

FILED
HARRISBURG, PA
SEP 04 2024
PER ___JBC___
DEPUTY CLERK

Anthony Garvin )
)
_____ )
*Petitioner* )
)
v. ) Case No. _____
) *(Supplied by Clerk of Court)*
Warden Jessica Sage )
)
)
_____ )
*Respondent*
*(name of warden or authorized person having custody of petitioner)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: **Anthony Garvin**
   (b) Other names you have used: **NA**
2. Place of confinement:
   (a) Name of institution: **Lewisburg Camp**
   (b) Address: **2400 Robert Miller Drive**
      **P.O. Box 1000, Lewisburg, Pennsylvania 17837**
   (c) Your identification number: **71223-050**
3. Are you currently being held on orders by:
   ☑ Federal authorities   ☐ State authorities   ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☑ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
      (a) Name and location of court that sentenced you: **District Court of New Jersey- Newark**
      **Martin Luther King Jr. Federal Court House**
      (b) Docket number of criminal case: **19-35**
      (c) Date of sentencing: **09/11/2023**
   ☐ Being held on an immigration charge
   ☐ Other *(explain)*:

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☑ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☐ Pretrial detention
☐ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☐ Other *(explain)*:

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court:
   Lewisburg Penitentiary Camp, P O BOX 2400 , LEWISBURG, PENNSYLVANIA 17837
   (b) Docket number, case number, or opinion number:
   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:
   Unconstitutional denial of Federal Entitlement Benefits

   (d) Date of the decision or action:

### Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☐ Yes        ☐ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: Na

       (2) Date of filing:
       (3) Docket number, case number, or opinion number:
       (4) Result:
       (5) Date of result:
       (6) Issues raised:

   (b) If you answered "No," explain why you did not appeal:
   FUTILE

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes        ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (a) If "Yes," provide:

        (1) Name of the authority, agency, or court: NA

        (2) Date of filing:

        (3) Docket number, case number, or opinion number:

        (4) Result:

        (5) Date of result:

        (6) Issues raised:

    (b) If you answered "No," explain why you did not file a second appeal:

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes      ☐ No

    (a) If "Yes," provide:

        (1) Name of the authority, agency, or court: NA

        (2) Date of filing:

        (3) Docket number, case number, or opinion number:

        (4) Result:

        (5) Date of result:

        (6) Issues raised:

    (b) If you answered "No," explain why you did not file a third appeal:

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes      ☒ No

If "Yes," answer the following:

    (a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

         ☐ Yes      ☒ No

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
☐ Yes   ☑ No

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: NA

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?
☐ Yes   ☑ No

If "Yes," provide:
(a) Date you were taken into immigration custody:
(b) Date of the removal or reinstatement order:
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes   ☐ No

If "Yes," provide:
(1) Date of filing: 
(2) Case number: 
(3) Result: 
(4) Date of result: 
(5) Issues raised: 

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes ☐ No
If "Yes," provide:
(1) Name of court: NA
(2) Date of filing: 
(3) Case number: 
(4) Result: 
(5) Date of result: 
(6) Issues raised: 

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes ☒ No
If "Yes," provide:
(a) Kind of petition, motion, or application: 
(b) Name of the authority, agency, or court: 

(c) Date of filing: 
(d) Docket number, case number, or opinion number: 
(e) Result: 
(f) Date of result: 
(g) Issues raised:

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** Warden of Federal Prison Camp at Lewisburg is unlawfully imprisoning plaintiff in her custody by unlawfully refusing to enforce my Federal Entitlements Benefits of Time credit days after eligibility is Vested in a Liberty Interest to discharge from respondants prison. These unlawful acts are a gross violation in violation of my 14th and 5th Amendments rights

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Supported by mandatory statues and codes of the First Step Act, the Second Chance Act and Good Time Credit A
See additional pages attached

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes    ☐ No

**GROUND TWO:** 5th Amendment and 14th Amendment violation

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Plaintiff has a Liberty Interest and Property interest in statutory credits and procedural Due Process of such credits And benefits

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes    ☐ No

**GROUND THREE:** Futile: (1) there is no exhaustion remedy when there is an increase in prisoners time in Custody. (2)

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Apply further administrative remedy will increase prisoner's time in custody ; the admnistrative process is extensiv

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes    ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes     ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

### Request for Relief

15. State exactly what you want the court to do: Immediate relief from custody. Accept petitioner indisputable calculation and statutory construction of his Entitlements GCT, FSA AND SCA collectively

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

Augusta 30th, 2024

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date:   08/29/2024

*Signature of Petitioner*

*Signature of Attorney or other authorized person, if any*

Page 9 of 9

Anthony Garvin #71223-050
FCP Lewisburg unit 1
PO Box 1000
Lewisburg, PA 17837-1000
Plaintiff: Pro Se

Anthony Garvin
Petitioner
   V.
Warden Jessica Sage
Respondent

                              District Court if Pennsylvania
                                           Middle District
                                                  Civil Action

                                                     Docket no._____
                                         Certification of Service

1. That on this _____ day of _____ 2024, I served a true and correct copy of the Habeas Corpus 2241 Writ, legal argument, order and certification of Anthony Garvin and Certification of Service in this matter by regular United States mail on

   Jessica Sage, Warden
   USP Lewisburg
   2400 Robert Miller Drive
   PO BOX 2400
   Lewisburg, PA 17837

2. I certify that the foregoing statements are true. I am aware if any of the foregoing statements are willfully false, I am subject to punishment.

                                                                  _____
                                                                  Anthony Garvin
                                                                  Petitioner - Pro se

