Anthony Garvin #71223-050
FCP Lewisburg unit 1
PO Box 1000
Lewisburg, PA 17837-1000
Plaintiff: Pro Se

Anthony Garvin
Petitioner
   V.
Warden Jessica Sage
Respondent

District Court of Pennsylvania
Middle District
Civil Action
Habeas Corpes 2241
Docket no._____
Order_____

    This matter being opened to the court by Anthony Garvin, Plaintiff Pro Se with Good cause shown, this court hereby grants order for immediate discharge.

    It is on this ____ day of _____ 2024, ordered that Petitioner, Anthony Garvin is to be released from Lewisburg Camp immediately.

_____
Judge