```
 LEWB8          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     09-05-2024
PAGE 001 OF                                                        14:11:40
     FUNCTION: L-P SCOPE: REG   EQ 71223-050     OUTPUT FORMAT: FULL
 ------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW----------
DT RCV: FROM _____  THRU _____  DT STS: FROM _____  THRU _____
DT STS: FROM ____ TO ____ DAYS BEFORE "OR" FROM ____ TO ____ DAYS AFTER DT RDU
DT TDU: FROM ____ TO ____ DAYS BEFORE "OR" FROM ____ TO ____ DAYS AFTER DT TRT
STS/REAS: _____ _____ _____ _____ _____ _____ _____ _____ _____ _____
SUBJECTS: _____ _____ _____ _____ _____ _____ _____ _____ _____ _____
EXTENDED: _ REMEDY LEVEL: _ _           RECEIPT: _ _ _ "OR" EXTENSION: _ _ _
RCV  OFC : EQ _____     _____     _____     _____     _____     _____
TRACK:  DEPT: _____ _____ _____ _____ _____ _____
       PERSON: ____      _____     _____     _____     _____     _____
         TYPE: ____      _____     _____     _____     _____     _____
EVNT FACL: EQ _____     _____     _____     _____     _____     _____
RCV FACL.: EQ _____     _____     _____     _____     _____     _____
RCV UN/LC: EQ _____ _____ _____ _____ _____ _____
RCV QTR..: EQ _____ _____ _____ _____ _____ _____
ORIG FACL: EQ _____     _____     _____     _____     _____     _____
ORG UN/LC: EQ _____ _____ _____ _____ _____ _____
ORIG QTR.: EQ _____ _____ _____ _____ _____ _____




G0002      MORE PAGES TO FOLLOW . . .
```

```
LEWB8            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      09-05-2024
PAGE 002 OF      *              FULL SCREEN FORMAT              *      14:11:40


REGNO: 71223-050 NAME: GARVIN, ANTHONY
RSP OF...: LEW UNT/LOC/DST: LEC                    QTR.: K02-026L   RCV OFC: LEW
REMEDY ID: 1203576-F1     SUB1: 33ZC SUB2: 25FC DATE RCV:   06-24-2024
UNT  RCV..:LEC           QTR RCV.: K02-026L      FACL RCV: LEW
UNT  ORG..:LEC           QTR ORG.: K02-026L      FACL ORG: LEW
EVT FACL.: LEW    ACC LEV:                         RESP DUE:
ABSTRACT.: REQ COMMISSARY ITEMS/LEGAL MAT/GED TEST/COMPUT LAB
STATUS DT: 06-24-2024  STATUS CODE: REJ STATUS REASON: INF MLT
INCRPTNO.:              RCT:   EXT:   DATE ENTD: 06-24-2024
REMARKS..: YOU MUST FILE A BP-8 FIRST. YOU MUST ALSO ONLY FILE
             ONE ISSUE PER BP-9, BP-8 REQUEST MUST MATCH BP-9.


REGNO: 71223-050 NAME: GARVIN, ANTHONY
RSP OF...: LEW UNT/LOC/DST: LEC                    QTR.: K02-026L   RCV OFC: LEW
REMEDY ID: 1203599-F1     SUB1: 13AC SUB2: 19BC DATE RCV:   06-24-2024
UNT  RCV..:LEC           QTR RCV.: K02-026L      FACL RCV: LEW
UNT  ORG..:LEC           QTR ORG.: K02-026L      FACL ORG: LEW
EVT FACL.: LEW    ACC LEV: NER  1                  RESP DUE:
ABSTRACT.: REQ RECONSIDERATION OF CLASSIFICATION & FURLOUGH APP
STATUS DT: 06-24-2024  STATUS CODE: REJ STATUS REASON: INF
INCRPTNO.:              RCT:   EXT:   DATE ENTD: 06-24-2024
REMARKS..:
```

```
LEWB8            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      09-05-2024
PAGE 003 OF       *              FULL SCREEN FORMAT              *      14:11:40


REGNO: 71223-050 NAME: GARVIN, ANTHONY
RSP OF...: LEW UNT/LOC/DST: LEC                  QTR.: K02-026L   RCV OFC: LEW
REMEDY ID: 1203945-F1      SUB1: 31ZC SUB2:      DATE RCV:   06-27-2024
UNT  RCV..:LEC          QTR RCV.: K02-026L    FACL RCV: LEW
UNT  ORG..:LEC          QTR ORG.: K02-026L    FACL ORG: LEW
EVT FACL.: LEW    ACC LEV: LEW 3                    RESP DUE:
ABSTRACT.: REQ FSA CREDITS BE APPLIED TO RRC DATE
STATUS DT: 06-27-2024  STATUS CODE: REJ STATUS REASON: INF
INCRPTNO.:              RCT:  EXT:  DATE ENTD: 06-27-2024
REMARKS..:




REGNO: 71223-050 NAME: GARVIN, ANTHONY
RSP OF...: LEW UNT/LOC/DST: LEC                  QTR.: K02-026L   RCV OFC: LEW
REMEDY ID: 1203599-F2      SUB1: 13AC SUB2: 19BC DATE RCV:   07-08-2024
UNT  RCV..:LEC          QTR RCV.: K02-026L    FACL RCV: LEW
UNT  ORG..:LEC          QTR ORG.: K02-026L    FACL ORG: LEW
EVT FACL.: LEW    ACC LEV: NER 1                    RESP DUE:
ABSTRACT.: REQ RECONSIDERATION OF CLASSIFICATION & FURLOUGH APP
STATUS DT: 07-08-2024  STATUS CODE: REJ STATUS REASON: INF
INCRPTNO.:              RCT:  EXT:  DATE ENTD: 07-08-2024
REMARKS..: YOU MUST FILE A BP-8 AS YOUR ATTEMEPT FOR INFORMAL
            RESOLUTION.




G0002      MORE PAGES TO FOLLOW . . .
```

```
LEWB8          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      09-05-2024
PAGE 004 OF      *            FULL SCREEN FORMAT              *      14:11:40


REGNO: 71223-050 NAME: GARVIN, ANTHONY
RSP OF...: LEW UNT/LOC/DST: LEC                QTR.: K02-026L   RCV OFC: LEW
REMEDY ID: 1203576-F2     SUB1: 33ZC SUB2: 25FC DATE RCV:   07-08-2024
UNT  RCV..:LEC          QTR RCV.: K02-026L     FACL RCV: LEW
UNT  ORG..:LEC          QTR ORG.: K02-026L     FACL ORG: LEW
EVT FACL.: LEW    ACC LEV:                           RESP DUE:
ABSTRACT.: REQ COMMISSARY ITEMS/LEGAL MAT/COMPUT LAB
STATUS DT: 07-08-2024  STATUS CODE: REJ STATUS REASON: MLT RSF
INCRPTNO.:            RCT:   EXT:  DATE ENTD: 07-08-2024
REMARKS..: YOU MUST ONLY FILE ONE ISSUE PER BP-9, BP-8
           MUST MATCH REQUEST ON BP-9.


REGNO: 71223-050 NAME: GARVIN, ANTHONY
RSP OF...: LEW UNT/LOC/DST: LEC                QTR.: K02-026L   RCV OFC: NER
REMEDY ID: 1203576-R1     SUB1: 33ZC SUB2: 25FC DATE RCV:   07-17-2024
UNT  RCV..:LEC          QTR RCV.: K02-026L     FACL RCV: LEW
UNT  ORG..:LEC          QTR ORG.: K02-026L     FACL ORG: LEW
EVT FACL.: LEW    ACC LEV:                           RESP DUE:
ABSTRACT.: REQ COMMISSARY ITEMS/LEGAL MAT/COMPUT LAB
STATUS DT: 07-19-2024  STATUS CODE: REJ STATUS REASON: INS
INCRPTNO.:            RCT:   EXT:  DATE ENTD: 07-19-2024
REMARKS..:
```

```
LEWB8           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     09-05-2024
PAGE 005 OF       *              FULL SCREEN FORMAT           *     14:11:40


REGNO: 71223-050 NAME: GARVIN, ANTHONY
RSP OF...: LEW UNT/LOC/DST: LEC              QTR.: K02-026L   RCV OFC: NER
REMEDY ID: 1203599-R1      SUB1: 13AC SUB2: 19BC DATE RCV:   07-31-2024
UNT  RCV..:LEC        QTR RCV.: K02-026L      FACL RCV: LEW
UNT  ORG..:LEC        QTR ORG.: K02-026L      FACL ORG: LEW
EVT FACL.: LEW   ACC LEV: NER 1              RESP DUE:  SUN 09-29-2024
ABSTRACT.: REQ RECONSIDERATION OF CLASSIFICATION & FURLOUGH APP
STATUS DT: 08-01-2024  STATUS CODE: ACC STATUS REASON:
INCRPTNO.:            RCT: P EXT: P DATE ENTD: 08-01-2024
REMARKS..:




REGNO: 71223-050 NAME: GARVIN, ANTHONY
RSP OF...: LEW UNT/LOC/DST: LEC              QTR.: K02-026L   RCV OFC: LEW
REMEDY ID: 1203945-F2     SUB1: 31ZC SUB2:      DATE RCV:   08-02-2024
UNT  RCV..:LEC        QTR RCV.: K02-026L      FACL RCV: LEW
UNT  ORG..:LEC        QTR ORG.: K02-026L      FACL ORG: LEW
EVT FACL.: LEW   ACC LEV: LEW 3              RESP DUE:
ABSTRACT.: REQ FSA CREDITS BE APPLIED TO RRC DATE
STATUS DT: 08-02-2024  STATUS CODE: REJ STATUS REASON: INF RSF
INCRPTNO.:            RCT:   EXT:  DATE ENTD: 08-02-2024
REMARKS..: YOU NEED TO PROVIDE ENTIRE BP-8




G0002      MORE PAGES TO FOLLOW . . .
```

```
LEWB8              *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      09-05-2024
PAGE 006 OF        *              FULL SCREEN FORMAT              *      14:11:40


REGNO: 71223-050 NAME: GARVIN, ANTHONY
RSP OF...: LEW UNT/LOC/DST: LEC                QTR.: K02-026L   RCV OFC: LEW
REMEDY ID: 1208392-F1      SUB1: 25EC SUB2:      DATE RCV:  08-07-2024
UNT  RCV..:LEC         QTR RCV.: K02-026L     FACL RCV: LEW
UNT  ORG..:LEC         QTR ORG.: K02-026L     FACL ORG: LEW
EVT FACL.: LEW    ACC LEV: LEW  1                 RESP DUE:  TUE  08-27-2024
ABSTRACT.: I/M REQUESTING SPECIAL PURPOSE ORDERS ON COMMISSARY
STATUS DT: 08-14-2024  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:              RCT: P EXT:  DATE ENTD: 08-07-2024
REMARKS..:



                CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE            DEPARTMENT   TO    DATE ASSN    TRK TYPE   DATE RETURNED
WED 08-14-2024      FIN MGT      BL    08-07-2024     INV       08-14-2024




REGNO: 71223-050 NAME: GARVIN, ANTHONY
RSP OF...: LEW UNT/LOC/DST: LEC                QTR.: K02-026L   RCV OFC: LEW
REMEDY ID: 1208398-F1      SUB1: 33AC SUB2: 33BC DATE RCV:  08-07-2024
UNT  RCV..:LEC         QTR RCV.: K02-026L     FACL RCV: LEW
UNT  ORG..:LEC         QTR ORG.: K02-026L     FACL ORG: LEW
EVT FACL.: LEW    ACC LEV: LEW  1                 RESP DUE:  TUE  08-27-2024
ABSTRACT.: I/M REQUESTING MISSING LAW BOOKS AND SUPPLIES
STATUS DT: 08-14-2024  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:              RCT: P EXT:  DATE ENTD: 08-07-2024
REMARKS..:



                CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE            DEPARTMENT   TO    DATE ASSN    TRK TYPE   DATE RETURNED
WED 08-14-2024      EDUC SVC     ZP    08-07-2024     INV       08-14-2024










G0002       MORE PAGES TO FOLLOW . . .
```

```
LEWB8           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      09-05-2024
PAGE 007 OF 007 *                FULL SCREEN FORMAT            *      14:11:40


REGNO: 71223-050 NAME: GARVIN, ANTHONY
RSP OF...: LEW UNT/LOC/DST: LEC                  QTR.: K02-026L  RCV OFC: LEW
REMEDY ID: 1203945-F3    SUB1: 31ZC SUB2:        DATE RCV:  08-09-2024
UNT  RCV..:LEC        QTR RCV.: K02-026L    FACL RCV: LEW
UNT  ORG..:LEC        QTR ORG.: K02-026L    FACL ORG: LEW
EVT FACL.: LEW    ACC LEV: LEW 3                RESP DUE:  THU  08-29-2024
ABSTRACT.: REQ FSA CREDITS BE APPLIED TO RRC DATE
STATUS DT: 08-14-2024  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:            RCT: P EXT:  DATE ENTD: 08-09-2024
REMARKS..: YOU NEED TO PROVIDE ENTIRE BP-8



             CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE          DEPARTMENT   TO    DATE ASSN    TRK TYPE    DATE RETURNED
FRI 08-16-2024    LGL SVC      JK    08-09-2024     INV         08-14-2024
```

```
             11 REMEDY SUBMISSION(S) SELECTED
G0000        TRANSACTION SUCCESSFULLY COMPLETED
```