```
                          FSA Time Credit Assessment
                          Register Number:71223-050, Last Name:GARVIN

U.S. DEPARTMENT OF JUSTICE                            FEDERAL BUREAU OF PRISONS


Register Number....: 71223-050      | Responsible Facility: LEW
Inmate Name                         | Assessment Date.....: 09-05-2024
  Last.............: GARVIN         | Period Start/Stop...: 04-02-2024 to 09-05-2024
  First............: ANTHONY        | Accrued Pgm Days....: 71
  Middle...........:                | Disallowed Pgm Days.: 85
  Suffix...........:                | FTC Towards RRC/HC..: 0
Gender.............: MALE           | FTC Towards Release.: 20
Start Incarceration: 04-02-2024     | Apply FTC to Release: Yes

Start      Stop        Pgm Status   Pgm Days
04-02-2024 05-01-2024  accrue       29
  Accrued Pgm Days...: 29
  Carry Over Pgm Days: 0
  Time Credit Factor.: 10
  Time Credits.......: 0
--------------------------------------------------------------------------------
Start      Stop        Pgm Status   Pgm Days
05-01-2024 07-25-2024  disallow     85
  Incomplete needs assessment
   Facility Category  Assignment   Start            Stop
     LEW      FSA      N-FM/PAR R   04-03-2024 0853  05-09-2024 0952
     LEW      FSA      N-FM/PAR R   05-09-2024 0952  07-25-2024 1323
--------------------------------------------------------------------------------
Start      Stop        Pgm Status   Pgm Days
07-25-2024 09-05-2024  accrue       42
  Accrued Pgm Days...: 42
  Carry Over Pgm Days: 29
  Time Credit Factor.: 10
  Time Credits.......: 20
--- FSA Assessment -------------------------------------------------------------
#   Start      Stop       Status      Risk Assignment  Risk Asn Start    Factor
001 04-02-2024 04-30-2024 ACTUAL      FSA R-MIN        05-09-2024 0952   10
002 04-30-2024 10-27-2024 ACTUAL      FSA R-MIN        05-09-2024 0952   10
--- Planning -------------------------------------------------------------------
Projected Release Date: 12-13-2025
Projected Release Method: GCT REL
FSA Projected Release Date: 11-23-2025
FSA Projected Release Method: FSA REL
FSA Conditional Release Date: 07-26-2025
FSA Conditional Placement Days: N/A
FSA Conditional Placement Date: N/A


Assessment Date: 09-05-2024              (1)              Assessment# -2144540241
```

**FSA Time Credit Assessment**

Register Number:71223-050, Last Name:GARVIN

**U.S. DEPARTMENT OF JUSTICE**                                               **FEDERAL BUREAU OF PRISONS**

---

SCA Proposed Placement Days: N/A

SCA Proposed Placement Date: N/A

---