IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY GARVIN, | : | Civil No. 3:24-cv-1496 |
| Petitioner | : | (Judge Mariani) |
| v. | : | |
| WARDEN JESSICA SAGE, | : | |
| Respondent | : | |

**ORDER**

**AND NOW**, this _9th_ day of October, 2024, upon consideration of the petition for a writ of habeas corpus (Doc. 1) pursuant to 28 U.S.C. § 2241, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** without prejudice.

2. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge